UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
MAY 1 2018
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN ALLEN DANFORTH,<br><br>Defendant. | Criminal No. _1:18 cr 27_<br><br>Violations: 18 U.S.C. § 844(e)<br>18 U.S.C. § 871 |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Threats Against the President)

On or about November 20, 2017, in Preston County, in the Northern District of West Virginia, defendant **NATHAN ALLEN DANFORTH** did knowingly and willfully deposit for conveyance in the mail and for a delivery from a post office and by a letter carrier a letter, paper, writing, print, missive, and document containing a threat to take the life of the President of the United States, specifically, threatening to murder the President, to cause the President pain, and to watch the President die a slow painful death, all in violation of Title 18, United States Code, Section 871.

1

## COUNT TWO

(Threat to Damage Buildings by Use of Explosives)

On or about November 20, 2017, in Preston County, in the Northern District of West Virginia, defendant **NATHAN ALLEN DANFORTH**, through the use of the mail, willfully made a threat to unlawfully damage and destroy a building and other real property by means of fire and an explosive, specifically, to blow up the White House and to use a fertilizer bomb to blow up the federal courthouse in West Palm Beach, Florida, all in violation of Title 18, United States Code, Section 844(e).

## **COUNT THREE**

(Threats Against the President)

On or about November 27, 2017, in Preston County, in the Northern District of West Virginia, defendant **NATHAN ALLEN DANFORTH** did knowingly and willfully deposit for conveyance in the mail and for a delivery from a post office and by a letter carrier a letter, paper, writing, print, missive, and document containing a threat to take the life of the President of the United States, specifically, threatening to kill the President, all in violation of Title 18, United States Code, Section 871.

## COUNT FOUR

(Threat to Damage Buildings by Use of Explosives)

On or about November 27, 2017, in Preston County, in the Northern District of West Virginia, defendant **NATHAN ALLEN DANFORTH**, through the use of the mail, willfully made a threat to unlawfully damage and destroy a building and other real property by means of fire and an explosive, specifically, to blow up the White House and other federal buildings in the United States, all in violation of Title 18, United States Code, Section 844(e).

A true bill,

/s/
Grand Jury Foreperson

/s/
WILLIAM J. POWELL
United States Attorney

SARAH E. WAGNER
Assistant United States Attorney